

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREN PARKER, | Case No.: 24cv2138-TWR (MSB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF KAREN PARKER'S UNOPPOSED EX PARTE MOTION TO AMEND THE SCHEDULING ORDER [ECF NO. 60]** |
| JUAN PRISHKER, et al., | |
| Defendants. | |

On August 13, 2026, Plaintiff Karen Parker filed an Unopposed Ex Parte Motion to Amend the Scheduling Order. (See ECF No. 60 ("Plaintiff's Motion").) Plaintiff requests to amend only the deadline to file a motion to amend the pleadings. (See id. at 6.) Plaintiff's counsel represents that he met and conferred with counsel for Defendants Juan Prishker and the United States of America, and "Defendants do not object to Plaintiff's request to amend the Scheduling Order for this purpose." (Id. at 2, 6.)

Plaintiff explains that an extension is necessary because, in response to Plaintiff's second set of interrogatories, the United States of America identified the three officials responsible for ensuring compliance with the Prison Rape Elimination Act standards and regulations for the Boulevard Border Patrol Station during the relevant period. (Id. at 3.)

1

Plaintiff intends to seek leave to file a Second Amended Complaint to name these recently identified defendants.  (See id.)

The deadline to file "[a]ny motion to join other parties, to amend the pleadings, or to file additional pleadings" was **January 8, 2026**.  (ECF No. 30 at 2.)  Plaintiff's Motion was filed on **August 13, 2026**.  Thus, Plaintiff's Motion is untimely.[1]  Nevertheless, for good cause shown, the Court **GRANTS** Plaintiff's Motion and **ORDERS** that the Scheduling Order be amended as follows:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| **Deadline to File a Motion to Amend the Pleadings** | **January 8, 2026** | **August 20, 2026** |

All other deadlines and guidance in the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  August 13, 2026

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The parties are **once again** advised that Section V of Magistrate Judge Berg's Civil Chambers Rules provide: "Whether made by joint motion or ex parte application, any request to continue [a] . . . scheduling order deadline shall be made in writing no less than **seven (7) calendar days** before the affected date."

24cv2138-TWR (MSB)