UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER, et al.,<br><br>Defendants. | Case No.: 24cv2138-TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO:**<br><br>**(1) EXTEND FACT DISCOVERY FOR A LIMITED PURPOSE AND**<br>**(2) EXTEND REMAINING DEADLINES**<br><br>**[ECF NO. 62]** |

On August 13, 2026, Plaintiff Karen Parker and Defendant United States of America (collectively, "the parties") filed their fifth joint motion to modify a deadline in the Court's Scheduling Order. (See ECF No. 62 ("Joint Motion").) In their Joint Motion, the parties request to extend the deadlines related to fact discovery, expert disclosures, and expert discovery by approximately thirty days. (See id. at 4.) The parties explain that an extension of these deadlines is necessary to allow flexibility in rescheduling the Independent Psychiatric Examination of Plaintiff, completing Plaintiff's deposition, and completing of expert disclosures and corresponding discovery. (Id.)

1

The parties timely filed their Joint Motion more than seven calendar days before the first affected date.  (See ECF No. 56 at 2.)  The Court has considered the Joint Motion and, for good cause shown, **GRANTS** the Joint Motion and **ORDERS** that the Scheduling Order be amended as follows:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| **Fact Discovery Deadline** | **August 31, 2026** | **September 30, 2026** |
| **Expert Disclosures Deadline** | **September 9, 2026** | **October 9, 2026** |
| **Rebuttal Expert Disclosures Deadline** | **September 23, 2026** | **October 23, 2026** |
| **Expert Discovery Deadline** | **October 7, 2026** | **November 6, 2026** |

All other deadlines and guidance in the Scheduling Order remain unchanged.  The parties are hereby advised that the Court **will not consider** any further requests to amend the Scheduling Order absent exceptional circumstances.

**IT IS SO ORDERED.**

Dated:  August 14, 2026

Honorable Michael S. Berg
United States Magistrate Judge

24cv2138-TWR (MSB)