EUGENE G. IREDALE: SBN 75292
email: egiredale@iredalelaw.com
JULIA YOO: SBN 231163
email: jyoo@iredalelaw.com
SARAH MUSUMECI: SBN 328306
email: smusumeci@iredalelaw.com
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

**Attorneys for Plaintiff Karen Parker**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER; UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 24-cv-2138-TWR-MSB<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Todd W. Robinson<br>Date: October 1, 2026<br>Time: 1:30 p.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 1, 2026 at 1:30 p.m., before the Honorable Todd W. Robinson, United States District Court Judge, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Plaintiff Karen Parker will and hereby does move the Court for leave to file a Second Amended Complaint. This motion is made following a conference of counsel.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, the declaration of counsel, the pleadings and matters of record herein, and any other information presented at the time of hearing, if any.

Respectfully submitted,

**IREDALE & YOO, APC**

Dated: August 20, 2026

*s/ Eugene Iredale*

EUGENE IREDALE
JULIA YOO
SARAH MUSUMECI
Attorneys for Plaintiff