EUGENE G. IREDALE: SBN 75292
email: egiredale@iredalelaw.com
JULIA YOO: SBN 231163
email: jyoo@iredalelaw.com
SARAH MUSUMECI: SBN 328306
email: smusumeci@iredalelaw.com
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

**Attorneys for Plaintiff Karen Parker**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER; UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 24-cv-2138-TWR-MSB<br><br>**DECLARATION OF EUGENE IREDALE IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Todd W. Robinson<br>Date: October 1, 2026<br>Time: 1:30 p.m. |

I, EUGENE IREDALE, being duly sworn, hereby declare:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the Southern District of California. I am a partner at the law firm of Iredale & Yoo, APC, counsel of record for the Plaintiff in this matter. The matters stated herein are of my own personal knowledge, except for any matters expressly stated on information and belief, which matters I believe to be true. I make this declaration in support of Plaintiff's motion for leave to file a second amended complaint.

2. On May 15, 2026, three days after Plaintiff filed the First Amended Complaint naming Doe Defendants 1-15, my office propounded a second set of interrogatories on the United States. These interrogatories sought to identify Doe Defendants.

3. Specifically, Interrogatory No. 4 sought "the name of the official or officials responsible for insuring compliance with the Prison Rape Elimination Act (PREA) standards and regulations for the Boulevard Border Patrol Station during the period of January 1, 2022 through June 1, 2024."

4. On July 1, 2026, the United States served its response to Plaintiff's second set of interrogatories. In response to Interrogatory No. 4, the United States identified the following individuals: Michael Cappara, Nawar Shora, and Rosemary Galvan.

5. Plaintiff now moves to amend the complaint to name these government officials as individuals acting within the scope of employment whose conduct gives rise to FTCA liability, who were previously identified as Doe Defendants, on the basis that they failed to supervise Prishker adequately, and failed to intervene, halt or report Prishker's conduct towards other victims who suffered Prishker's assaults, threats, insults and misconduct before Prishker's conduct towards Plaintiff Karen Parker, and failed to initiate an administrative investigation of his sexual abuse of two Mexican female detainees a year prior to the event with Plaintiff.

6. Plaintiff has met and conferred with counsel for the United States, Mr. Shital Thakkar and counsel for Mr. Prishker, Mr. Dick Semerdjian, regarding the substance of this motion. Neither objected to the timeliness of the filing of the amended complaint. The United States indicated that it would oppose the proposed amended pleading on the grounds that the additional allegations do not state a valid cause of action.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this twentieth day of August, 2026 in San Diego, California.

*s/ Eugene Iredale*
EUGENE IREDALE