EUGENE G. IREDALE: SBN 75292
egiredale@iredalelaw.com
PETER BIBRING: SBN 223981
pbibring@iredalelaw.com
SARAH MUSUMECI: SBN 328306
smusumeci@iredalelaw.com
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER; UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 24-CV2138-TWR-MSB<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

IREDALE AND YOO, APC

The parties, by and through their respective counsel of record, jointly move this Court for an Order amending the Scheduling Order. The parties jointly request that the Court grant a short continuance of the fact and expert discovery deadlines to allow the parties to complete limited fact discovery. Due to logistical issues in completing discovery, this is the parties' sixth request to amend these particular deadlines (see generally the motions previously filed at ECF Nos. 41, 43, 55, 58, and 62). This joint request is timely and made more than seven days before the current fact discovery cut off. This joint motion is made in good faith and not for the purposes of delay. The parties respectfully submit that they have acted diligently in attempting to resolve the scheduling issues addressed herein without the need for further continuance but have been unsuccessful.

Good cause exists for the requested extension. As set forth in the motion to amend the Scheduling Order filed on August 13, 2026 (ECF No. 62), the parties encountered significant issues in obtaining records from Plaintiff's treating provider in advance of Plaintiff's Independent Psychiatric Examinations ("IPE"). Both the expert for the Plaintiff and the expert for the United States agree that reviewing Plaintiff's medical records is necessary to allow them to make a more complete and accurate assessment of Plaintiff through their respective IPEs. The Defendant preferred to take Plaintiff's deposition after the defense IPE so that the results of that IPE could inform the deposition.

After the Court granted the previous motion for an extension of time to complete discovery on August 14, 2026, both parties worked diligently to obtain Plaintiff's medical records from Plaintiff's treating provider, with each party following up frequently with the clinic to resolve the issue. (See Declaration of Eugene Iredale, filed concurrently herewith, at ¶ 2). However, the treating provider did not provide the records to the parties until September 4, 2026, at which time they produced over 600 pages of records. (*Id.*) Both parties promptly sent the records to their respective experts for review. (*Id.*) The IPE with Plaintiff's expert is currently scheduled for September 23, 2026. (*Id.* at ¶ 3). Counsel for the United States initially proposed September 21,

2026 for the IPE with Defendant's expert but Plaintiff is unavailable that date due to a medical appointment. (*Id.*) Counsel then requested September 24, 2026. (*Id.*) After consultation with Plaintiff, Plaintiff's counsel believes scheduling two lengthy IPE's on consecutive days will be severely detrimental to Plaintiff's health and well-being, and that she requires several days to recover between examinations. (*Id.* at ¶ 4). Plaintiff proposed that the IPE with the United States' expert be set for either September 29, 2026 or September 30, 2026, with Plaintiff's deposition to occur shortly thereafter. (*Id.*) This timing conflicts with the current discovery deadline of September 30, 2026.

Accordingly, the parties jointly request a brief extension to complete the following: (1) Plaintiff's IPE with the government's expert; and (2) Plaintiff's deposition. The parties request this length of an extension to allow flexibility in scheduling these events, given the availability of the physician performing the IPE and the schedules of counsel. The parties propose the following schedule:

| **Event** | **Current Deadline (ECF No. 30)** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery Deadline | September 30, 2026 (as modified by ECF No. 63) | October 30, 2026 |
| Expert Disclosures Deadline | October 9, 2026 (as modified by ECF No. 63) | October 23, 2026 |
| Rebuttal Expert Disclosures Deadline | October 23, 2026 (as modified by ECF No. 63) | November 6, 2026 |
| Expert Discovery Deadline | November 6, 2026 (as modified by ECF No. 63) | November 20, 2026 |

//

//

//

//

//

//

//

All other dates in the operative Scheduling Order will remain the same.

Respectfully Submitted,

Dated: September 18, 2026

**ADAM GORDON**
**United States Attorney**

s/ Stephen Wong
SHITAL H. THAKKAR
STEPHEN WONG
Assistant U.S. Attorney
Attorneys for the United States of America

**IREDALE & YOO, APC**

Dated: September 18, 2026

s/ Eugene Iredale
EUGENE IREDALE
Attorneys for Plaintiff Karen Parker

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

Dated: September 18, 2026

s/ Dick Semerdjian
DICK A. SEMERDJIAN
SOFIA N. CARRASCO
Attorneys for Defendant Juan Prishker

**SIGNATURE CERTIFICATION**

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the contents of this document are acceptable to counsel for Plaintiff and that I have obtained their authorization to affix their electronic signatures.

Dated: September 18, 2026

s/ Eugene Iredale
EUGENE IREDALE
Attorneys for Plaintiff Karen Parker