EUGENE G. IREDALE: SBN 75292
egiredale@iredalelaw.com
PETER BIBRING: SBN 223981
pbibring@iredalelaw.com
SARAH MUSUMECI: SBN 328306
smusumeci@iredalelaw.com
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER; UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 24-CV2138-TWR-MSB<br><br>**DECLARATION OF EUGENE IREDALE IN SUPPORT OF JOINT MOTION TO MODIFY SCHEDULING ORDER** |

IREDALE AND YOO, APC

IREDALE AND YOO, APC

I, EUGENE IREDALE, being duly sworn, hereby declare:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the Southern District of California. I am a partner at the law firm of Iredale & Yoo, APC, counsel of record for the Plaintiff in this matter. The matters stated herein are of my own personal knowledge, except for any matters expressly stated on information and belief, which matters I believe to be true. I make this declaration in support of the parties' joint motion to modify the scheduling order.

2. After the Court granted the parties' previous motion for an extension of time to complete discovery on August 14, 2026, both parties worked diligently to obtain Plaintiff's medical records from Plaintiff's treating provider. Each party followed up frequently with the clinic to resolve the issue. However, the treating provider did not provide the records until September 4, 2026, at which time they produced over 600 pages of records. Both parties promptly sent the records to their respective experts for review.

3. The IPE with Plaintiff's expert is currently scheduled for September 23, 2026. Counsel for the United States initially proposed September 21, 2026 for the IPE with Defendant's expert but Plaintiff is unavailable that date due to a medical appointment. Counsel then requested September 24, 2026.

4. After consultation with Plaintiff, we believe scheduling two lengthy IPE's on consecutive days will be severely detrimental to Plaintiff's health and well-being, and that she requires several days to recover between examinations. Plaintiff proposed that the IPE with the United States' expert be set for either September 29, 2026 or September 30, 2026, with Plaintiff's deposition to occur shortly thereafter.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2026 in San Diego, California.

s/ *Eugene Iredale*

EUGENE IREDALE