UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PARKER, Plaintiff, v. JUAN PRISHKER, UNITED STATES OF AMERICA, and DOES 1–7 and 11–15, Defendants. | Case No.: 24-CV-2138 TWR (MSB) **ORDER (1) VACATING HEARING, AND (2) REQUIRING SUPPLEMENTAL BRIEFING REGARDING FEDERAL RULE OF CIVIL PROCEDURE 16(b)** (ECF No. 65) |

Presently before the Court is Plaintiff Karen Parker's Motion for Leave to File Second Amended Complaint ("Mot.," ECF No. 65), as well as Defendant the United States of America's partial Opposition to ("Opp'n," ECF No. 67) and Plaintiff's Reply in Support of ("Reply," ECF No. 68) the Motion. Having reviewed the Parties' submissions, the Court believes that additional briefing is required to aid the Court in resolving Plaintiff's Motion.

Specifically, the Court notes that the deadline to file "[a]ny motion to join other parties, to amend the pleadings, or to file additional pleadings" in this case was January 8, 2026. (*See* ECF No. 30 ¶ 3.) Because that deadline has passed, Plaintiff's Motion would generally be governed by Federal Rule of Civil Procedure 16(b), under which Plaintiff must show "good cause" to amend the Honorable Michael S. Berg's Scheduling Order (ECF No. 30). *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608–10 (9th Cir. 1992).

Although Defendant pays lip service to the "good cause" standard, (*see* Opp'n at 5–7), neither Party explicitly addresses Rule 16(b) in their briefs. (*See generally* Mot.; Opp'n; Reply.)

Accordingly, the Court **VACATES** the hearing set for October 1, 2026, and **ORDERS** the Parties to submit supplemental briefing as follows: On or before October 7, 2026, Plaintiff **SHALL FILE** a supplemental brief, not to exceed ten (10) pages, addressing whether Rule 16(b) applies and, if so, demonstrating good cause to amend the Scheduling Order; and on or before October 21, 2026, Defendants **SHALL FILE** a responsive supplemental brief, also not to exceed ten (10) pages. Upon receipt of the Parties' supplemental briefs, the Court will take the Motion under submission on the papers pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: September 24, 2026

Honorable Todd W. Robinson
United States District Judge