EUGENE G. IREDALE: SBN 75292
egiredale@iredalelaw.com
PETER BIBRING: SBN 223981
pbibring@iredalelaw.com
SARAH MUSUMECI: SBN 328306
smusumeci@iredalelaw.com
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PRISHKER; UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 24-CV2138-TWR-MSB<br><br>**DECLARATION OF EUGENE IREDALE IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF RELATED TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

I, EUGENE IREDALE, being duly sworn, hereby declare:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the Southern District of California. I am a partner at the law firm of Iredale & Yoo, APC, counsel of record for the Plaintiff in this matter. The matters stated herein are of my own personal knowledge, except for any matters expressly stated on information and belief, which matters I believe to be true. I make this declaration in support of Plaintiff's supplemental brief related to her motion to file a Second Amended Complaint.

2. On May 15, 2026, three days after Plaintiff filed the First Amended Complaint naming Doe Defendants 1-15, my office propounded a second set of interrogatories on the United States. These interrogatories sought to identify Doe Defendants.

3. Specifically, Interrogatory No. 4 sought "the name of the official or officials responsible for insuring compliance with the Prison Rape Elimination Act (PREA) standards and regulations for the Boulevard Border Patrol Station during the period of January 1, 2022 through June 1, 2024."

4. On July 1, 2026, the United States served its response to Plaintiff's second set of interrogatories. In response to Interrogatory No. 4, the United States identified the following individuals: Michael Cappara, Nawar Shora, and Rosemary Galvan.

5. On July 31, 2026, I met and conferred with counsel for the United States regarding Plaintiff's motion to amend the complaint. Counsel for the government suggested that Plaintiff file a motion to amend the Scheduling Order before filing a motion to amend the complaint and indicated that he would not object to the motion. Counsel for Mr. Prishker, Mr. Dick Semerdjian did not object to the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2026, in San Diego, California.

s/ *Eugene Iredale*

EUGENE IREDALE