Eugene G. Iredale (SBN: 75292)
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone No. 619.233.1525
Facsimile No. 619.233.3221
Email: egiredale@iredalelaw.com

Attorneys for Plaintiff
KAREN PARKER

Dick A. Semerdjian (SBN 123630)
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email: das@sscelaw.com

Attorney for Defendant
JUAN PRISHKER

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

KAREN PARKER,

Plaintiff,

v.

JUAN PRISHKER; UNITED STATES OF AMERICA,

Defendants.

Case No. 3:24-cv-02138 TWR-MSB

**JOINT MOTION FOR AN ORDER EXCUSING DEFENDANT FROM PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE**

Judge: Hon. M. James Lorenz
Magistrate: Hon. Michael S. Berg

Defendant JUAN PRISHKER ("Prishker") seeks an order excusing him from personally appearing at the upcoming Settlement Conference, currently scheduled for November 3, 2026.

As set forth below, good cause exists for the waiver of the personal attendance order at the Settlement Conference:

1. Local rules and the Court's Notice and Order for Settlement Conference (Dkt. No. 73) requiring all parties to personally appear at the Settlement Conference.

2. Prishker currently lives in McAllen, Texas and is unable to attend the scheduled Settlement Conference on November 3, 2026 in person as he does not have the necessary funds or ability to travel to San Diego.

3. Prishker is available on November 3, 2026 to appear remotely using a stable and reliable device.

4. Prishker's attorney, Dick A. Semerdjian, will appear at the Settlement Conference and will be prepared to discuss defenses and shall be legally and factually prepared to discuss and, if appropriate, resolve the case on behalf of Prishker.

5. Counsel for all parties have met and conferred on this request on October 16, 2026 and there are no objections or oppositions to this request.

**IT IS SO STIPULATED.**

Dated: October 16, 2026

**IREDALE & YOO, APC**

By: *s/Eugene G. Iredale*
Eugene G. Iredale
Attorneys for Plaintiff
KAREN PARKER

Dated: October 16, 2026

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: *s/Dick A. Semerdjian*
Dick A. Semerdjian
Attorneys for Defendant
JUAN PRISHKER

Dated: October 16, 2026

**ADAM GORDON**
**UNITED STATES ATTORNEY**

By: */s/ Shital H. Thakkar*
SHITAL H. THAKKAR
Assistant United States Attorney
Attorneys for the United States of America

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eugene G. Iredale and Shital H. Takkar, counsel for Plaintiff and Defendant, and that I have obtained Mr. Iredale's and Mr. Thakkar's authorization to affix their electronic signatures to this document on the date below.

Dated: October 16, 2026

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: */s/ Dick A. Semerdjian*
Dick A. Semerdjian
Attorneys for Defendant
JUAN PRISHKER