Eugene G. Iredale (SBN: 75292)
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101
Telephone No. 619.233.1525
Facsimile No. 619.233.3221
Email: egiredale@iredalelaw.com

Attorneys for Plaintiff
KAREN PARKER

Dick A. Semerdjian (SBN 123630)
**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email: das@sscelaw.com

Attorney for Defendant
JUAN PRISHKER

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

KAREN PARKER,

Plaintiff,

v.

JUAN PRISHKER; UNITED STATES OF AMERICA,

Defendants.

Case No. 3:24-cv-02138 TWR-MSB

**[PROPOSED] ORDER GRANTING DEFENDANT JUAN PRISHKER'S JOINT MOTION EXCUSING HIM FROM PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE**

**[DKT #73]**

Date: November 3, 2025
Time: 9:30 a.m.
Magistrate: Hon. Michael S. Berg

Upon Defendant Juan Prishker's Joint Motion for an Order Excusing Him from Personal Attendance at the Settlement Conference set for November 3, 2026 [Dkt #73], there being no opposition or objection to the joint motion and all parties in agreement, and the Court having considered the papers submitted,

IT IS HEREBY ORDERED THAT Defendant Juan Prishker's Joint Motion for an Order Excusing Him from Personal Attendance at the Settlement Conference set for November 3, 2026, is hereby **GRANTED**.

Defendant Juan Prishker's may appear remotely and be on standby to be contacted by his counsel and/or the court when needed.

**IT IS SO ORDERED.**

Dated: ____________________ ________________________________

Hon. Michael S. Berg