ADAM GORDON
United States Attorney
STEPHEN H. WONG
Assistant U.S. Attorney
California Bar No. 212485
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-9464
Facsimile: (619) 546-7751
Email: stephen.wong@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Karen Parker,<br><br>Petitioner,<br><br>v.<br><br>Juan Prishker, et al.,<br><br>Respondents. | Case No.: 3:24-cv-02138-TWR-MSB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance for the Respondents in the above-captioned case. I certify that I am admitted to practice in this Court. I hereby request notice of all pleadings, court notices, motions, and all other documents pertaining to this case. All further Notices of Electronic Filings relating to activity in this case should be forwarded to the following e-mail address:

stephen.wong@usdoj.gov

All other documents not filed electronically should be mailed to the following address:

Stephen H. Wong
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

Please feel free to call me if you have any questions about this notice.

DATED: October 22, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Stephen H. Wong*
STEPHEN H. WONG
Assistant United States Attorney
Attorney for Respondents