ADAM GORDON
United States Attorney
STEPHEN H. WONG
Assistant U.S. Attorney
California Bar No. 212485
SHITAL H. THAKKAR
Assistant U.S. Attorney
Illinois Bar No. 6273151
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8785
Fax: 619-546-7751
Email: shital.thakkar@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN PARKER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | Case No. 24-cv-02138-TWR-MSB<br><br>**JOINT MOTION TO EXTEND AND VACATE REMAINING PRETRIAL DEADLINES** |

Based upon recent settlement discussions, Defendant UNITED STATES OF AMERICA (hereinafter, "UNITED STATES") Defendant Juan PRISHKER, and Plaintiff KAREN PARKER, through counsels of record, jointly move to extend the following deadlines:

- Plaintiff's deadline to file Second Amended Complaint to (and including) December 21, 2026;[1]
- Defendant's responsive pleading to Plaintiff's Second Amended Complaint to (and including) January 4, 2027;[2]

The parties also respectfully request that the Court vacate any remaining pretrial deadlines, and instead set a settlement and scheduling conference within 45-60 days of the Court's order on this motion if it is granted.

In support of this motion, the Parties state as follows:

1. Plaintiff brings this action seeking damages under the Federal Tort Claims Act concerning an incident that allegedly occurred on or about December 26, 2023. ECF No. 46 at 2 (Plaintiff's First Amended Complaint).

2. Fact and Expert discovery have concluded.

3. After discovery was complete, the parties sought and engaged in an in-person mediation with the Honorable Michael S. Berg on November 3, 2026. Although the case did not settle at the conclusion of the mediation, all parties found Judge Berg's intervention fruitful for continued discussions towards settlement.

4. Defendant UNITED STATES and Plaintiff continued to engage in

---

[1] There is no current deadline in place. In granting Plaintiff's motion for leave to file a second amended complaint, the Court ordered that it be filed "[a]t her earliest convenience." ECF No. 78 at 10.

[2] The Court ordered that Defendant's responsive pleading be filed "within fourteen (14) days" from the time the Plaintiff filed her second amended complaint. The date chosen here is within 14 days of the proposed deadline for the Plaintiff to file her second amended complaint.

meaningful settlement discussions after the mediation with Judge Berg. Those discussions culminated in a final settlement offer proposed by Plaintiff on November 13, 2026, which was significantly less than her initial demand.

5. That same day, the settlement offer was discussed internally within the United States Attorney's Office ("USAO"), and with agency counsel (hereinafter, "Agency Counsel") from United States Customs and Border Protection ("CBP"). The proposed settlement offer would involve Defendant UNITED STATES and Plaintiff, and not Defendant PRISHKER. However, the offer, if accepted, would be dispositive of the entire case.

6. Although the parties are optimistic about the possibility of settlement, Agency Counsel needs more time to secure approval of the Plaintiff's settlement offer. That process involves written analyses and recommendations from the USAO and from Agency Counsel, which will be routed for review and consideration to CBP officials outside of this district. Agency Counsel has no authority to accept Plaintiff's settlement offer without going through that process, which will take at least 4 weeks from the time the items are submitted to CBP decision makers.

7. Beyond the recent deadlines referenced above, the only remaining deadlines are related to a Mandatory Settlement Conference on December 16, 2026, pretrial motions, and other filings related specifically towards trial. *See* ECF No. 70 at 3-4.

8. Accordingly, the parties are requesting that the Court amend the deadlines referenced above, and vacate any remaining deadlines to allow for possible settlement, without sacrificing valuable and time-consuming resources towards dispositive pretrial motions, and trial preparation, which may not be necessary.

9. The parties feel that the proposals in this motion would also conserve judicial resources towards further litigation. As the Court is aware, Judge Berg has recently retired. The case has not been reassigned to a magistrate judge.

For all the foregoing reasons, the parties respectfully request that this Court grant the parties joint motion, and enter an order as follows:

- Extending Plaintiff's deadline to file Second Amended Complaint to (and including) December 21, 2026;
- Ordering Defendant's responsive pleading to Plaintiff's Second Amended Complaint be filed no later than January 4, 2027;
- Setting a settlement and/or scheduling conference within 45-60 days of the Court's order on this motion, should it be granted.

DATED: November 17, 2026

Respectfully submitted,
ADAM GORDON
United States Attorney
*s/ Shital H. Thakkar*
Assistant United States Attorney
Attorney for Defendant
UNITED STATES

DATED: November 17, 2026

Schwartz Semerdjian Cauley Schena & Bush LLP
*s/ Dickran A. Semerdjian*
Attorney for Defendant PRISHKER

DATED: November 17, 2026

Eugene G. Iredale
Sarah Musumeci
Iredale & Yoo, APC
*s/ Sarah Musumeci*
Attorney for Plaintiff

//
//
//
//
//
//
//

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to Defendant PRISHKER's counsel and Plaintiff's counsel, and that I have obtained authorization to affix their respective electronic signatures to this document.

DATED: November 17, 2026

*s/ Shital H. Thakkar*
Assistant United States Attorney